IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIE GRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-958 |
| VS. | ) | Jury Demand |
| | ) | Judge Campbell |
| WAL-MART STORES, INC., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER AND STIPULATION
OF SUBSTITUTION**

As evidenced by the signatures below of the parties' lawyers, it appears to the Court that Wal-Mart Stores East, LP, is a proper defendant in this matter in place of Wal-Mart Stores, Inc.

It is therefore ORDERED, ADJUDGED, AND DECREED that Wal-Mart Stores East, LP, is hereby substituted for Wal-Mart Stores, Inc., as a defendant in this action.

It is further ORDERED that Wal-Mart Stores, Inc. is hereby dismissed without prejudice.

It is further ORDERED that Wal-Mart Stores East, LP, is the only remaining defendant.

IT IS SO ORDERED.

ENTER this the _____ day of _____, 2013.

_____
JUDGE